✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

DARRYL MONTEZ MURPHY, II

**EXHIBIT AND WITNESS LIST**

Case Number:  2:20-cr-132-Z-BR-1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| U.S. Magistrate Judge Lee Ann Reno | Joshua Jerome Frausto-DOJ | Cristy J. McElroy-FPD |
| DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/14/2021 | Digital | Christopher Kordes |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | X | 4/14/2021 | | | Wendy Davenport |
| | 1 | 4/14/2021 | Yes | Yes | Attendance Slips |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

[New Page]

[Print]  [Save As...]  [Export as FDF]  [Retrieve FDF File]  [Reset]